**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

(1) TERRI D. GROOM,

                Plaintiff,

v.

(1) STATE OF OKLAHOMA, *ex rel.,*
    OKLAHOMA STATE TREASURER,

                Defendant.

**Case No.:**  CIV-23-52-HE

**(Removed from Oklahoma County Case No.: CJ-22-6170)**

**DEFENDANT'S NOTICE AND PETITION OF REMOVAL**

Defendant, State of Oklahoma, *ex rel.*, Oklahoma State Treasurer, ("State" or "Defendant"), hereby gives notice of their removal of the action currently pending in the District Court of Oklahoma County, State of Oklahoma, pursuant to 28 U.S.C. §1441 *et seq.* and Fed. R. Civ. P. 81(c), and Defendant does not waive, and expressly reserves all defenses including, but not limited to, Eleventh Amendment sovereign immunity defenses, except as to choice of forum. In Support of Defendant's Notice and Petition of removal, Defendant shows the Court as follows:

1.      The captioned proceeding was originally filed on December 19, 2023, in the District Court of Oklahoma County, State of Oklahoma, and was styled *Terri D. Groom v. State of Oklahoma, ex rel., Oklahoma State Treasurer,* Case No. CJ-2022-6170.

2.      Plaintiff alleges numerous claims against Defendant, of race discrimination and retaliation under Title VII of the Civil Rights Act of 1964, and the Oklahoma Anti-Discrimination Act ("OADA") and 42 U.S.C. § 1981.

3.      Accordingly, the United States District Court for the Western District of Oklahoma has original subject matter jurisdiction of this case pursuant to 28 U.S.C. §1331.

4.      This removal is timely as the matter is brought to this Court within thirty (30) days of service (12/28/2022) of the Petition and notice of assertion of federal claims.

5.      The undersigned represents Defendant.

6.      By this removal, Defendant reserves, and does not waive any rights to assert, or the protection of, any available constitutional, statutory, common law, or other provision that does, might, or could limit the Court's jurisdiction of the allegations of Plaintiff's Petition, or any proposed amendment thereto, including allegations of entitlement to relief thereunder, including, but not limited to, the Eleventh Amendment sovereign immunity. (*See*: *Grothoff v. Nixon*, 2007 WL 2693835 (W.D. Mo.); *Dansby-Gils v. Jackson State University*, 2010 WL 780531, (S.D. Miss.); and *Neiberger v. Hawkins*, 70 F.Supp.2d 1177(D. Colo. 1999).

7.      In accordance with 28 U.S.C. §1446 and LCvR 81.2, a copy of the following is attached:

Exhibit 1: Oklahoma County Docket Sheet;

Exhibit 2: Petition;

Exhibit 3: Entry of Appearance – Amber Hurst;

Exhibit 4: Entry of Appearance – Mark Hammons; and

Exhibit 5: Return Executed – Oklahoma State Treasurer served 12/28/2022.

WHEREFORE, Defendant respectfully requests this action be removed from the District Court of Oklahoma County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma, and for any such other relief as the Court deems proper and under the circumstances.

Respectfully submitted,

/s/ Tracy E. Neel
**TRACY E. NEEL, OBA#33574**
**LAUREN RAY, OBA#22694**
Assistant Attorneys General Oklahoma
Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:   405.521.3921
Facsimile:   405.521.4518
Email: tracy.neel@oag.ok.gov
         lauren.ray@oag.ok.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record who are ECF registrants

/s/   Tracy E. Neel
Tracy E. Neel

~ 3 ~